## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Civil Rights Corps. v. Pestana    Docket No.: 22-1520

Lead Counsel of Record (name/firm) or Pro se Party (name): Gregory L. Diskant

Appearance for (party/designation): Civil Rights Corp/Plaintiffs

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.  Please change the following parties' designations:
    Party                                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Gregory L. Diskant
Firm: Patterson Belknap Webb & Tyler LLP
Address: 1133 Avenue of the Americas, New York, New York 10036
Telephone: 212.336.2000          Fax:
Email: gldiskant@pbwt.com

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously.  The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 07/20/2022 OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Gregory L. Diskant
Type or Print Name: Gregory L. Diskant
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

**Instructions:** This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted in CM/ECF as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option in CM/ECF when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Local Rule 25.2(c) and (d). If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information. Attach additional pages as necessary.

**Case Information:**

Short Title: Civil Rights Corps. v. Pestana     Docket Number: 22-1520

**Personal Contact Information:**

Client 1:

Name: Civil Rights Corps.
Address: 1601 Connecticut Ave NW, Washington, DC 20009
Telephone:                                   Fax:
Email:

Client 2:

Name: Cynthia Godsoe
Address: Brooklyn Law School, 250 Joralemon St, Brooklyn, NY 11201
Telephone:                                   Fax:
Email:

Client 3:

Name: Nicole Smith Futrell
Address: CUNY School of Law, 2 Ct Square W, Queens, NY 11101
Telephone:                                   Fax:
Email:

Client 4:

Name: Daniel S. Medwed
Address: Northeastern University School of Law, 416 Huntington Ave, Boston, MA 02115
Telephone:                                   Fax:
Email:

Client 5:

Name: Justin Murray
Address: New York LawSchool, 185 W Broadway, New York, NY 10013
Telephone:                                   Fax:
Email:

ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE [**Continued**]

Client 6:

Name: Abbe Smith
Address: Georgetown University Law Center, 600 New Jersey Ave NW, Washington, DC 20001

Client 7:

Name: Steven Zeidman
Address: CUNY School of Law, 2 Ct Square W, Queens, NY 11101