United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: September 12, 2022
Docket #: 22-1520
Short Title: Civil Rights Corps. v. Pestana

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 21-cv-9128
DC Court: SDNY (NEW YORK CITY)
DC Judge: Marrero

# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE DEFAULT NOTICE

Pursuant to Second Circuit Local Rule 12.3, the appellee / respondent's counsel Acknowledgment and Notice of Appearance was due on July 29, 2022. The Court has not received the Acknowledgment and Notice of Appearance on behalf of appellee / respondent's counsel.

If appellee / respondent's counsel does not file an Acknowledgment and Notice of Appearance within 14 days of the date of this notice, when the appeal is placed on the calendar, appellee / respondent's counsel will not be heard at oral argument except by permission of the Court.

Inquiries regarding this case may be directed to 212-857-8527.