# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of December, two thousand twenty-two.

Before:     José A. Cabranes,
              *Circuit Judge,*

_____

| | |
|---|---|
| Civil Rights Corps., Cynthia Godsoe, Nicole Smith Futrell, Daniel S. Medwed, Justin Murray, Abbe Smith, Steven Zeidman, | **ORDER** <br><br> Docket No. 22-1520 |
|     Plaintiffs - Appellees, | |
| v. | |
| Georgia Mary Pestana, Personal Capacity and in her official capacity as Corporation Counsel of the City of New York, Melinda Katz, Personal Capacity and in her official capacity as the District Attorney of Queens County, | |
|     Defendants – Appellants. | |

_____

    Appellees move for a stay of their current briefing deadline pending the outcome of the parties' active settlement negotiations.

    The motion is GRANTED, absent objection.

                                                      For the Court:
                                                      Catherine O'Hagan Wolfe,
                                                      Clerk of Court

