

www.pbwt.com

October 6, 2023

Gregory Diskant
Of Counsel
(212) 336-2710

**<u>Via ECF</u>**

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re:     ***Civil Rights Corps v. Cushman***, No. 22-1520

Dear Ms. Wolfe:

Civil Rights Corps., Cynthia Godsoe, Nicole Smith Futrell, Daniel S. Medwed, Justin Murray, Abbe Smith, and Steven Zeidman (collectively, "Plaintiffs-Appellees") and Steven Stein Cushman, Georgia Pestana and Melinda Katz (collectively "Defendants-Appellants") write jointly in response to the Court's October 6, 2023 request to provide a status update in this case.

Plaintiffs-Appellees and Defendants-Appellants have reached an agreement in principle that will result in a dismissal of this appeal and are actively working together to finalize the formal settlement agreement, which they anticipate will be agreed-upon by the parties in the upcoming weeks. As a result, the parties to this appeal ask this Court to continue the existing stay of the appeal.

The only active litigation in the underlying action in the Southern District of New York, Case No. 21-cv-09128, is against the State Defendants (listed in the caption as "Defendants") who are not parties to this appeal. Plaintiffs-Appellees moved for summary judgment against the State Defendants on July 28, 2023, and State Defendants cross motion for summary judgment is due on October 6, 2023. The outcome of those summary judgment motions has no bearing on the issues raised by this appeal, and there are no outstanding discovery requests or unresolved legal claims in the lower court case pertaining to Defendants-Appellants.

Respectfully submitted,

October 6, 2023
Page 2


___/s/ Gregory L. Diskant_____          ___/s/ Eric Eichenholtz_____

Gregory L. Diskant                              Eric Eichenholtz
Patterson Belknap Webb & Tyler                  Assistant Corporation Counsel
1133 Avenue of the Americas                     100 Church Street, Room 6-103
New York, NY 10036-6710                         New York, New NY 10007
Tel: (212) 336-2000                             Tel: (212) 356-2430


*Attorney for Plaintiffs-Appellees*             *Counsel for Defendants-Appellants*